THE STATE OF OHIO, APPELLEE, *v.* COBB, APPELLANT.

[Cite as *State v. Cobb* (1994), 71 Ohio St.3d 289.]

(No. 94-2038—Submitted November 29, 1994—Decided December 23, 1994.)

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson*, Assistant Prosecuting Attorney, for appellee.

*Robert L. Cobb, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in that court's opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.